**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 20-MJ-07308-RM-JR |
| Plaintiff, | **ORDER** |
| v. | |
| Jonathan Erik Cruz Nunez, | |
| Defendant. | |

Pending before the Court are the Government's Appeal from Magistrate Judge Release Order (Doc. 7) and Motion for Stay and Review of Magistrate Judge's Release Order (Doc. 9). Magistrate Judge Lynnette Kimmins ordered Defendant released with conditions on April 1, 2020. (Doc. 6.) The Government contends that the conditions of release will not reasonably assure Defendant's appearance. (Doc. 9.) It requests that the release order be stayed pending a hearing on reconsideration and that at that hearing, the Court order Defendant detained. (Doc. 9.) The Defendant has not filed a Response to the Appeal or the Motion to Stay.

The Court, having conducted de novo review of the record, and having reviewed the findings of the Magistrate Judge and the Addendum to the Pretrial Services Report, does not find a basis for reevaluating Judge Kimmins's release order. The Court finds that, given the Defendant's community ties, the conditions of release reasonably assure the Defendant's appearance at future court proceedings. Furthermore, in light of the

current COVID-19 pandemic, the Court does not find it appropriate to set a hearing on this matter.

Accordingly,

**IT IS ORDERED** that The Government's Appeal (Doc. 7) is **denied**. The Motion for Stay and Review of Magistrate Judge's Release Order (Doc. 9) is **denied**. The release and release conditions as to Defendant Jonathan Erik Cruz Nunez are **affirmed**. Defendant is ordered released on conditions previously signed by Defendant.

Dated this 7th day of April, 2020.

_____
Honorable Rosemary Márquez
United States District Judge